# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PEDRO MARTINEZ-HERNANDEZ,<br><br>Defendant | Case No. 19-CR-1325-CAB<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Pedro Martinez-Hernandez without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral and forward to the magistrate judge.

IT IS SO ORDERED.

DATED: July 10, 2019

_____
HON. CATHY ANN BENCIVENGO
United States District Judge